Laura H. Avant, administratrix of the estate of Earl Avant, deceased, plaintiff in error, v. Macon F. Sanders and Mary Sanders, defendants in error. Gen. No. 37,311.

Opinion filed October 24, 1934.

Edward H. Morris, for plaintiff in error. Albert B. George, for defendants in error.

Mr. Justice Wilson delivered the opinion of the court.

June O'Connor, a minor, by Mary O'Connor, her mother and next friend, defendant in error, v. City of Chicago et al., defendants. City of Chicago, plaintiff in error. Gen. No. 37,321.

Opinion filed October 24, 1934.

William H. Sexton, Corporation Counsel, and A. M. Smietanka, City Attorney, for plaintiff in error; Quin O'Brien and James J. Donaher, Assistant Corporation Counsel, and Frank H. Novak, Assistant City Attorney, of counsel. Theodore Sharf, for defendant in error.

Mr. Justice Wilson delivered the opinion of the court.

Katarzyna Dumara and D. J. Seeley, joint administrators of the estate of Stanley Dumara, deceased, appellees, v. The Western and Southern Life Insurance Company, appellant. Gen. No. 37,349.

Opinion filed October 24, 1934.

Hoyne, O'Connor & Rubinkam, for appellant. Donald J. Seeley, for appellees; Maxfield Weisbrod, of counsel.

Mr. Justice Wilson delivered the opinion of the court.

Harry H. Pace, appellant, v. Euler Davis, etc., et al., appellees. Gen. No. 37,395.

Opinion filed October 24, 1934.

William H. Haynes, for appellant. No appearance for appellees.

Mr. Justice Wilson delivered the opinion of the court.